IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Aaron E. Young, :
:
    Petitioner(s), :
: Case Number: 1:13cv715
    vs. :
: Chief Judge Susan J. Dlott
Warden, Correctional Reception Center, :
:
    Respondent(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Greg Wehrman filed on July 3, 2014 (Doc. 15), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 21, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, in the absence of objection from respondent or requisite showing of prejudice to the respondent, it is ORDERED that petitioner's motion to dismiss the instant petition without prejudice (Doc. 14) is GRANTED.

IT IS SO ORDERED.

                                                           ___s/Susan J. Dlott_____
                                                           Chief Judge Susan J. Dlott
                                                           United States District Court